UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

———

| | |
|---|---|
| RUDOLPH BETANCOURT, INDIVIDUALLY, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:16-cv-1423-PJG |
| ) | |
| v. ) | Honorable Phillip J. Green |
| ) | |
| CADILAKE RESORT IV LLC., a Michigan ) Limited Liability Company ) | |
| ) | **JUDGMENT** |
| Defendant. ) | |
| ) | |

In accordance with the Consent Decree and Order filed this date:

IT IS ORDERED that upon completion of the responsibilities set forth in the Decree and Order, that Defendant be and is hereby found to be in compliance with the Americans with Disabilities Act, 42 U.S.C. § 12101 et. seq. and in compliance with Michigan Law as of the date of this Judgment.

IT IS FURTHER ORDER that this matter is hereby DISMISSED with prejudice.

Dated: August 7, 2017                     /s/ Phillip J. Green
                                          PHILLIP J. GREEN
                                          United States Magistrate Judge